that Justice McDade unav today, but she will be li and participating in the match. That being said, c 3 16 0 1 3 1. People of Da by Mark. Also versus Brya by Andrew Gable. Mr Gable My name is Andrew Gable a defendant, appellant Bria convicted of murder and w a bench trial received 65 years for concealment of lays out five issues and an order subject to any q is that the state failed alleged victim here, Moni body recovered from the t or the body that was an a upon. Didn't even the Fin refer to the body as me. he did say that when he w but it was not any eviden stipulate to that element for a directed verdict, w strenuously for the trial to research the issue whe proved the identity of th theory is that they had t to do it or to have any w in that trunk is Monica T the autopsy was performed They had a witness to tes alive and they had a witn there was a funeral for h her. They didn't identify didn't identify her in pe office or at the scene an collected on this. None o Monica teamer. That is, i element. The state had al they chose for whatever r it off. The second issue  as it was a homicide. The familiar with shotguns. U in the back of the head w is somewhat difficult. Th was, it was a Mossberg sh handle and it was only 25 trigger to the barrel. An testified she had a contac of her head. There was no were too short for this t this would be impossible. two ft from the trigger t is a lot of evidence that Well, if if if one of the shot, why would you conto try to shoot yourself in She, this, this, this wom the back of the head in t the hand. So there had be that could be characteriz it's not the most rationa anyway. But again, there that it was impossible. T of evidence introduced th her missing and suicidal. her girlfriend that she w She had financial problem job and that evidence was with suicide as it was wi herself in the trunk of t that would be a separate himself in the back of th be consistent with someon victim. The state's theor Mr Trinospis his house. A case that we cited to whe upon that panic and move just like what happened was hidden Garrett here. sold. The third issue is losing the DNA screening reports, recreating them anybody and the defendant about that until the tria and the expert was on the Well, actually, didn't th a continuance at that poi for these no issues first first came up, they took the party, the defense, t the back and looked at th an hour. When they came o their objection. No furth that was asked for. I bel trial judge, it wasn't as for within the judge, even trial judge of offer one. we could take some time. tomorrow. And your client represent Mr Nascar the t his trial counsel said af defendant were ready to g trial record shows that h However, I don't believe problem there that these were lost. The defendant of any of that. He made d recreated notes that were to have a bench trial ver and that these notes were trial counsel stated at t matter how long of a cont get. If they lost notes, them, the horse is already and having another week c they recreated, they recr the secret. They didn't i or the defense or according She just got on the witnes we lost these notes and I one was ever informed of on the witness standings. And then the final issue It's about the chain of c with the shotgun. It was Trinasca sold the shotgun The police recovered it f police then took the shot within proximity of the b it from its protective sl there's no more chain abo went. Somehow we got to t kelly Lawrence testified, box. No one testified how got from the autopsy to t chain of custody more imp like for example, you kno or grass or something lik you've got an item that i I was the same one. Um, s saying, yeah, that's the some fungible item that t same. If it were truly a if this, for example, was being stolen and somebody is the same shotgun that and we recovered it there the real issue is the blo shotgun. It's not the act because that's what kelly is. She did a test on tha blood inside of it. Nobod wasn't contaminated, mish to its weight. You can ar how to get those blood go the muzzle of the shotgun that's a that's a trial c the weight of the evidence whether it's a yes, but to show some sort of foun of custody that this was it wasn't contaminated in was a total lack of that. response that it was waive objected to this specific the motion for a new trial at the motion for the new in the motion, the written the shotgun is not listed here. We even know that t going on at this lab beca notes that kelly Lawrence about until trial. It tal hair samples. So we know going on with this lab, w of custody is particularl then finally that the sen was excessive. And on tha rely upon our brain. Is t a jacket to? I mean, it w but isn't there a jacket there that had been at th the gun was laying out of of something and that sho introduced either. Is it the same argument? Yes, t different. The jacket was pronounced at the police unclear how it got to the two different police offi whether they took it. And at all about what happened the crime lab. No time, w what tests were done on i to show that it was in the got there. As with the sho sleeve, someone took it o a washing machine within autopsy of a bloody corp were other materials, I b the decedent that were on So the risk for contamina there is nothing to show it was in when it was brou anything at all to safeg to court. His first issu  The decedent found on t was Monica Timor or Timo circumstantial evidence, tattoos, photos of the vi Christopher Menneke, who monica's white mustang at been found. He identified minute. When was the last to monica prior to finding was discovered in the tru the deceased was monica a Council specifically stat as monica Timor. Don kelle comforter monica's body w the comforter in the trun several days prior to the to monica and a body wrap was in the trunk and there monica's family on the sc vehicle trunk was opened. tattoos to police officer the officers made a prele the body as monica Timor. monica's tattoos are very the officers would have b identify the victim as mo of deputy deputy Alaska D body, monica had been ide on her head and midsection testified that he photogr into evidence. Bergen als obtained quote the DNA ca from monica Timor and the that had been performed o Duncan Denton testified t autopsy on monica Timor a a coroner's identificatio identification. When I as death for monica Timor, D from a shotgun wound to t Denton identified the vic Timor. Defendant did not that monica Timor was a s or regarding evidence tha body. In Reddick, this co to the identification of defendant does not object then there will be no rea sufficiency of the evidenc himself asked them to once out of the body bags, you fully closed. Is that cor defendant's motion for a Council stated there was Miss Timor's head and coun taken. Thus, council spec to the body found in the In closing argument, Defe that monica committed sui defense counsel clearly of the victim and invited defendant has forfeited th identity on appeal. And t cannot complain on appeal in this case. Defendant a presented a trial was cons that it just noted he can how monica committed suici herself in the trunk of t back of the head with a m that had a 25 inch long b any cutting wounds on mon and the defendant had the present some evidence acc the people did not approve suicide. According to the also did not call and thos that doesn't have to trigg as a suicide? No, not in keller explained that the a suicide as being suicid she's 36 year old woman a police would wait before don't immediately go out a child. And they had con had happened to her. So t this is a potential, you And monica's brother in l that they had no concern and miss keller was her w no concerns that monica w suicide. It's important t Mossberg shotgun to a for five p.m. On the parking a sale when nobody was pr And johnson, the purchas four or five days before this, the discussions to to him. Defendant did not a planned meeting where h sign off on the bill of s And uh, this court in a p that defendant did not te to sell the sale of the s the defendant said he had considered this statement date that monica went mis the necklace shown in mon consistent with the neckl Then I raised an issue ab of the lab notes. Um, but finding an extensive argu defendant did not challen the DNA evidence and use his argument. At trial, a for the first time that t copies, original notes un DNA analysis had been mis Everybody went through an to the recreated notes. A offered defense counsel t he rejected that and cont as well as the recreated that evidence in his argu he was prejudiced by the could be cured when he wa the originals didn't know were lost. So making his of whether their trial st that if he was going to s or nature of that knowled phase. So that couldn't b that argument because if a continuance, he could t notes, come back and cros regarding all those notes to do that. If he felt th that couldn't be cured at a move for a mistrial or continuance, but he didn' with the trial at that ti for the admission of the jacket. Uh, the defendan claims in his new motion only three claims. None o motion for a new trial. T court burden admitting ce evidence and failed to es of custody for said item a poster on motion for t trial, Chester johnson te Mossberg shotgun from def objection on grounds of p people have provided addi not make a new objection Foundation or chain of cu when Deputy Reichenberger the weapon from Thompson. Kelly Lawrence testified object defendant's jacket DNA evidence and defendan the foundation regarding trial judge overruled that custody as to the jacket did not raise any more ob evidence. Uh, people are their brief for any more any other questions? You'r cannot say to any case wh cross examination waves. of the case. The governme identity of the deceased. was in the indictment. Di uh, physician doing that was no evidence that he k was no objection to that. fact, like it was, it sit to that. So when we look the evidence is looking a state. Uh, could anybody prove? So they, when, wha up there and said, I did them are no objection. He that. No objection. You k doesn't. So that evidence evidence that he did an a Tim are and with no objec or something like that. S lawyers questions. There including the pathologist But I don't think the lac is a waiver of a fundamen did. I believe the trial this and said that there objection there, but it w a hearsay objection, the are stipulating and stati team. Further, the state the DNA card taken from M DNA card was only the DNa house. It was not DNA tha of that. Now, apparently DNA from Miss Timar's hou that some of that was com introduced any of that. T that you took DNA from th and we matched it to some house. Um, for the second Timar said, oh, we just r people would look for. Bu messages from the girlfri your mother, you would no testified that Miss Timar head with a hammer. There Miss Timar just lost her that she was considering was a lot of evidence to there. But when we talk a through the matter, it's somebody shoots themselv head with a shotgun and t the trunk of the car or t by just happens to see th got this dead body here. in the trunk of the car a evidence that Mr Trinasca were friends. She had acc And the state's theory wa that she was either murde suicide in the defendant' And this is similar to th Mr Trinasca could have co committed suicide in his the body. We're not sugge body that it could be that the body. I'm not stating but that is an equally pl notes. Um, the defense co that immediately. They ob court said this issue is due process issue is also did agree to go on. Well, recreated, it doesn't, it it would go to the admiss testimony that I found th talking about our expert So she's saying I'm testi doesn't make her testimony before you're given. And your complaint is the tim notes. There's an issue w and the fact that no one anybody. I think that tai These are required. The S 4 17 notes. They're suppo supposed to help the defen evidence. And in the fact witness stand and says, O I lost my notes and the n are different than my ori I now have creates all ki when the judge offers a c going on for six years. T a strategy. This witness at the trial. They've alr They've already laid out And they were, they did c out inconsistencies betwe of notes. I don't know if if it would have changed already made all of their and tip their hand about an extra week. I don't kn have changed anything. An point out differences in that DNA evidence was com asked the lab not to perf found in the shotgun. Thes at the trial. And if the known about this at the b things would likely have he decided whether or not has been in custody all t private counsel. And I do can't point to any requir ask for a continuance befo the admissibility of ever to ask for. It's nothing and rejected. I don't, I time. I don't know why th longer continuance, but t been done. And even if th couple of days, it wouldn that these notes show tha at this lab and that this be admissible. And there where they agreed to this about what the lab result or forfeiture or acquiesc they say that there's a wa motion for a new trial, t They specifically argued should not be in it. They for the new trial that di or shotgun, but they obje to be, I'm sorry, this is the, uh, the, uh, the int and the shotgun, but they It was extensively argued trial. The state never sa by this. Everybody knew e talking about the chain o  under advisement. As I sa